# City of Cincinnati



Mayor John Cranley

Office of Mayor John Cranley

801 Plum Street, Suite 150
Cincinnati, Ohio 45202
Phone (513) 352-3250
Fax (513) 352-5201
Email: John.Cranley@cincinnati-oh.gov

EXHIBIT 1

### Emergency Order

Upon consultation with and at the request of the City Manager and Chief of Police, and based upon the emergency declaration currently existing in the City of Cincinnati, which declaration pursuant to Article III of the City Charter was approved by the City Council, and pursuant to Article XVIII of the Administrative Code of the City of Cincinnati, I hereby order the implementation of a curfew from 10 p.m. to 6 a.m. in designated neighborhoods of the City of Cincinnati. The need for this order arises from destruction and violence in several areas of the City of Cincinnati, on May 29, 2020 through May 30, 2020; the threat of continued and escalating violence; the need for security and enforcement support for the Cincinnati Police Department; and the need to protect the City's first responders from the spread of COVID-19. These conditions presently constitute a clear and present danger to the health, safety, and property of the citizens of Cincinnati and may require enhanced enforcement authority and security resources to protect the lives and property of those who live, work, and do business in Cincinnati.

Individuals are prohibited from appearing in the public spaces of the City of Cincinnati neighborhoods of Over-the-Rhine, the Central Business District/Downtown, the Banks, and the West End during the period of the curfew. This order is inapplicable to City of Cincinnati officials, members of the public safety forces, emergency personnel, health care professionals, essential workers, people experiencing homelessness, and local government officials engaged in their lawful duties.

This order shall be effective at 1 p.m. on this 30th day of May, 2020, and shall terminate at 6 a.m. on the 1st day of June, 2020. This order shall be issued to the news media for the widest possible dissemination to the citizens of Cincinnati.

_____
Mayor John Cranley

Equal Opportunity Employer