

May 7, 2021

Mr. Brian Kimutis
6400 Stirrup Road
Cincinnati, Ohio 45244
Re: IIS #2020-207

Dear Mr. Kimutis:

Your complaint against members of the Cincinnati Police Department prompted a thorough investigation. You alleged the following occurred on May 30, 2020:

- You were struck in the face by a 40mm foam marking round.

The Internal Investigations Section investigation was unable to substantiate this allegation.

I assure you helpful and courteous treatment of the public is emphasized to all Cincinnati Police Department employees. If you have any questions, please feel free to contact the Police Department's Internal Investigations Section at (513) 564-1840, Monday through Friday, from 8:00 a.m. to 4:00 p.m.

Sincerely,

Captain Douglas G. Snider
Internal Investigations Section Commander