UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **BRYAN KIMUTIS,** | : | Case No. 1:22-cv-289 |
| | : | |
| Plaintiff, | : | Judge Douglas R. Cole |
| | : | |
| -vs- | : | |
| | : | **STIPULATION OF PARTIAL** |
| | : | **DISMISSAL (COUNT VI ONLY)** |
| **CITY OF CINCINNATI, et al.,** | : | |
| | : | |
| Defendants. | : | |

The Plaintiff Bryan Kimutis, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), upon stipulation of the Defendants, City of Cincinnati, Michael Roetting, Molly Shust, and Kurtis Latham, hereby voluntarily dismisses Count VI [*Request for Writ of Mandamus under Ohio Open Records Act, RC 149.43(C)(1)(b)*], without prejudice.

This stipulation provides for **partial** dismissal only.  Additional claims still remain pending between the parties to this action, and therefore **this stipulation of dismissal does not terminate the instant case**.

Respectfully submitted,

*/s/ J. Robert Linneman*
J. Robert Linneman (0073846)
H. Louis Sirkin (0024573)
SANTEN & HUGHES
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202
(513) 721-4450
jrl@santenhughes.com
hls@santenhughes.com
*Attorney for Plaintiff Bryan Kimutis*

**EMILY SMART WOERNER (0089349)**
**CITY SOLICITOR**

| | |
|---|---|
| */s/ Katherine C. Baron* | */s/ Kimberly A. Rutowski* |
| Katherine C. Baron (0092447) | Kimberly A. Rutowski (0076653) |
| Scott M. Heenan (0075734) | Lazarus & Lewis, LLC |
| Shannon D. Price (0100744) | 30 Garfield Place, Suite 915 |
| Assistant City Solicitors | Cincinnati, Ohio 45202 |
| 801 Plum Street, Room 214 | Phone: (513) 721-7300 |
| Cincinnati, Ohio 45202 | Fax: (513) 721-7008 |
| Phone: (513) 352-4705 | krutowski@hllmlaw.com |
| Fax: (513) 352-1515 | *Attorney for Michael Roetting,* |
| Katherine.baron@cincinnati-oh.gov | *Molly Shust, and Kurtis in their* |
| Scott.heenan@cincinnati-oh.gov | *individual capacity* |
| Shannon.price@cincinnati-oh.gov | |
| *Trial Counsel for the City Defendants* | |

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was filed electronically on December 14, 2022. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ J. Robert Linneman*
J. Robert Linneman (0073846)
*Attorney for Plaintiff*

693124.1