IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BRIAN KIMUTIS, | : |
| *Plaintiff*, | : Case No. 1:22-cv-289 |
| vs. | : Judge Jeffery P. Hopkins |
| CITY OF CINCINNATI, *et al.*, | : |
| *Defendants*. | : |

# ORDER

This matter came before the Court for a telephone status conference on May 22, 2024. The parties reported that they are engaged in settlement negotiations. For reasons stated on the record, the Court hereby **ORDERS** that the parties file a joint status report regarding the status of settlement negotiations on August 30, 2024. The deadlines in this case shall be **AMENDED** as follows:

| | |
|---|---|
| Primary expert report(s) and designation(s) | September 16, 2024 |
| Rebuttal expert report(s) and designation(s) | October 15, 2024 |
| Discovery | October 31, 2024 |

The dispositive motion deadline is hereby **STAYED**.

**IT IS SO ORDERED.**

May 22, 2024

Jeffery P. Hopkins
United States District Judge