IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **BRIAN KIMUTIS,** | : | **CASE NO. 1:22-cv-00289-JPH** |
| Plaintiff, | : | Honorable Jeffery P. Hopkins |
| vs. | : | |
| **CITY OF CINCINNATI,** *et al.* | : | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| Defendant. | : | |

Notice is hereby given that former Assistant City Solicitor Scott M. Heenan (0075734) enters his withdrawal as co-counsel in this case on behalf of Defendants City of Cincinnati and all other City Defendants. Mr. Heenan is now employed by the Hamilton County Prosecutor's Office and is no longer an Assistant City Solicitor. Katherine C. Baron will remain as counsel

Respectfully submitted,

/s/Scott M. Heenan
Scott M. Heenan (0075734)
Chief Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, Ohio 45202
(513) 946-3130
Scott.Heenan@hcpros.org

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 7th day of May, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                          */s/Scott Heenan*
                                          Chief Assistant Prosecuting Attorney